IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWIN CALIXTO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | NO. 09-2444 |

## JUDGMENT

AND NOW, this 17th day of May, 2011, it is hereby ORDERED that JUDGMENT is entered REVERSING the final decision of the Commissioner of Social Security and REMANDING the matter to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with United States Magistrate Judge L. Felipe Restrepo's Report and Recommendation, which was approved and adopted by the Court's separate Order this same date.

BY THE COURT:

/S/LEGROME D. DAVIS
_____
LEGROME D. DAVIS, J.